IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 02-20148
Conference Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

DON STAMPS,

Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. H-01-CR-660-ALL
- - - - - - - - - -
October 30, 2002

Before DeMOSS, BENAVIDES, and STEWART, Circuit Judges.

PER CURIAM:[*]

Don Stamps appeals his guilty-plea conviction of possession
of a firearm by a convicted felon, a violation of 18 U.S.C.
§ 922(g).

Stamps argues that, as a matter of law, the factual basis
offered in support of his guilty plea was insufficient to support
the interstate-commerce element of his offense, because it showed
nothing more than the guns traveled across state lines at some
point in the past. He concedes that this argument is foreclosed

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

by circuit precedent.  See <u>United States v. Daugherty</u>, 264 F.3d 513, 518 & n.12 (5th Cir. 2001), <u>cert.</u> <u>denied</u>, 122 S. Ct. 1113 (2002).  He raises the issue to preserve it for Supreme Court review.

AFFIRMED.